Kane *v.* D'Orazio (et al., Appellant).

Argued November 18, 1954. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Henry T. Reath*, with him *Joseph M. Hartley, Jr., John B. Martin, J. Grant McCabe, III* and *Duane, Morris & Heckscher*, for appellant.

*Abraham Levin*, with him *J. Myron Honigman* and *Herman Eisenberg*, for appellee.

OPINION PER CURIAM, January 7, 1955:

The fundamental issues in this case are factual. Since the findings are supported by the evidence and were confirmed by the court en banc, they are binding upon us. As a consequence, the legal question, which the appellant advances, is not germane to the present record. The opinion of the late President Judge SMITH for the court below fully justifies that court's findings and conclusions.

Decree affirmed at appellant's costs.